Dear ~~Mr. Doe~~ Ms. Mary Larsen

United States District Court
District of Connecticut 11/6/07
FILED AT BRIDGEPORT
11-8-2007
By M. Cosett
Kevin F. Rowe, Clerk
Deputy Clerk

I am writing to you because i will ~~tob~~ like to, file a motion to reopen my case. Because on new discover evidence, my case Re: Johnson v. Kasperzyk, et al 3:02CV383(AVC). I am fully aware of Justen Kasperzyk's circumstances, that he is scheduled to appear before a federal judge for sentencing after he recently pleaded guilty to a federal civil right charge and theft of government funds and stealing $360 of $5,000 planted by the FBI in a city hotel room as part of a sting. Thus the foregoing information that I am requesting from this police service is, in the interest of the public and in the interest of "Justice", that I may pursue all legal options and avenues available in order to overturn my wrongfully "conviction" of assaulting Justen Kasperzyk with a gun.

I have a letter from my attorney Mary Haselkamp telling me if ~~she~~ someone need to talk to her about what she knows that i told her but she did not address the court she is willing to do now.

Humbly and sincerely

Russell Johnson #207130
900 Highland Ave
Cheshire, CT 06410

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

May 5, 2003

Russell Johnson
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:   Johnson v. Kasperzyk, et al
      3:02CV383(AVC)

Dear Mr. Johnson:

This is in response to your letter received by this court on 4/7/03.

If you wish the court to consider your request to reopen the above-captioned case, you must file a motion to reopen the case. The court will not construe your letter as a motion.

Very truly yours,

Kevin F. Rowe
Clerk

By:   Mary E. Larsen
      Deputy Clerk

### State of Connecticut
OFFICE OF PUBLIC DEFENDER
SUPERIOR COURT
235 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 503-6818
FACSIMILE: (203) 789-6863



THOMAS J. ULLMANN
ATTORNEY AT LAW
PUBLIC DEFENDER
JUDICIAL DISTRICT OF NEW HAVEN

April 25, 2007

Mr. Russell Johnson
Inmate No. 207130
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Johnson:

    I received the copy of the letter you sent out concerning Officer Kasperzyk. Please let me know if you receive a response, and if someone wants to speak to me. Because of attorney client confidentiality, I would need a release from you prior to speaking to anyone.

    I hope something comes out of this. I always believed that both officers lied during you trial. Good luck.

Sincerely,

Mary Miller Haselkamp
Senior Assistant Public Defender

STATE OF CONNECTICUT
SUPERIOR COURT

JUDGE'S CHAMBERS
SUPERIOR COURT

June 5, 2007

Mary Miller Haselkamp, Asst. Public Defender
235 Church Street
New Haven, CT 06510

John Waddock, Asst. State's Attorney
235 Church Street
New Haven, CT 06510

RE: <u>Russell Johnson</u>

Dear Counsel,

Enclosed is correspondence that I recently received from Russell Johnson. You will recall that you were opposing counsel at Mr. Johnson's jury trial wherein he was convicted of attempting to assault New Haven police officer Justin Kasperzyk. Mr. Johnson's conviction was affirmed on appeal. See *State v. Johnson*, 67 Conn. App. 299 (2001).

The enclosed correspondence includes a copy of Mr. Johnson's complaint to the FBI about Officer Kasperzyk and a letter from Attorney Haselkamp. I am forwarding this information to you for any action you deem appropriate.

Very truly yours,

Robert J. Devlin, Jr.

cc: Russell Johnson # 207130
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410