UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUSSELL JOHNSON          :
                         :        PRISONER
    v.                   :        Case No. 3:02cv383(AVC)
                         :
JUSTIN KASPERZYK, et al. :

### RULING AND ORDER

On April 12, 2002, the court dismissed this case as frivolous. Judgment entered on April 22, 2002. The plaintiff now moves to reopen judgment based on newly discovered evidence.

Rule 60(b)(2) of the Federal Rules of Civil Procedure provides that a party may be relieved from judgment based on "newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b)." Fed. R. Civ. P. 60(b)(2). Any motion brought pursuant to rule 60(b)(2), however, must be filed within one year after the entry of judgment. See Fed. R. Civ. P. 60(c).

The plaintiff filed this motion over five years after judgment entered in this case. Accordingly, the motion to reopen [**doc. #8**] is **DENIED** as untimely pursuant to Federal Rule of Civil Procedure 60(c).

**SO ORDERED** this 29th day of January, 2008, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge